UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,<br><br>                                              Plaintiffs,<br><br>-against-<br><br>TRIANGLE ENTERPRISE NYC, INC. and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>                                              Defendants. | 20 CV 0619 (PAE) |

**NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**</u>

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants.

Dated:  New York, New York

    January 27, 2020      **VIRGINIA & AMBINDER, LLP**

            By:   _____/s/_____
                  Marlie Blaise, Esq.
                  40 Broad Street, 7th Floor
                  New York, New York 10004
                  Tel.: (212) 943-9080
                  *Attorneys for Plaintiffs*